■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS WIMBUSH, Also Known as CURTIS WINBUSH, Appellant. —Judgment, Supreme Court, New York County (Michael Dontzin, J.), rendered on April 14, 1983, unanimously affirmed. Application by defendant-appellant for leave to file a *pro se* supplemental brief denied. No opinion. Concur—Murphy, P. J., Sandler, Carro, Asch and Rosenberger, JJ.